**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Salvador Bautista Gonzales v. The State of Texas

Appellate case number:    01-13-01037-CR

Trial court case number:  1377236

Trial court:              351st District Court of Harris County

On June 12, 2014, after appellant's appointed counsel failed to file appellant's brief, this appeal was abated and remanded to the trial court to determine whether good cause exists to remove appellant's appointed counsel and to appoint substitute counsel. On June 16, 2014, appellant's counsel filed appellant's brief and a motion to reinstate the appeal. We grant the motion and reinstate the case on the Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☒ Acting individually     ☐ Acting for the Court

Date:  July 15, 2014